August 4, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

OILTANKING HOUSTON, L.P., OILTANKING HOLDINGS AMERICAS, INC., OILTANKING PARTNERS, L.P., AND OILTANKING NORTH AMERICA, L.L.C., Appellants

NO. 14-14-00158-CV           V.

ALBERTO DELGADO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JAVIER DELGADO, DECEASED, VICTORIA DELGADO, INDIVIDUALLY AND AS NEXT FRIEND OF MARIA DELGADO, A MINOR CHILD, JIMMY GUTIERREZ, JESUS DELGADO, SAMUEL DELGADO, EDGAR DELGADO, JOSE DELGADO, RAUL GRANADOS, MARIA GRANADOS, AND DOYLE "PIN" TODD, Appellees

_____

This court today heard a motion for rehearing filed by appellees, Alberto Delgado, Individually and as Representative of the Estate of Javier Delgado, Deceased, Victoria Delgado, Individually and as Next Friend of Maria Delgado, a Minor Child, Jimmy Gutierrez, Jesus Delgado, Samuel Delgado, Edgar Delgado, Jose Delgado, Raul Granados, Maria Granados, and Doyle "Pin" Todd. We order the motion be Denied, and that the court's former judgment of January 28, 2016 be vacated, set aside, and annulled. We further order this court's opinion of January 28, 2016, withdrawn.

This cause, an appeal from the judgment in favor of appellees, Alberto Delgado, Individually and as Representative of the Estate of Javier Delgado, Deceased, Victoria Delgado, Individually and as Next Friend of Maria Delgado, a Minor Child, Jimmy Gutierrez, Jesus Delgado, Samuel Delgado, Edgar Delgado, Jose Delgado, Raul Granados, Maria Granados, and Doyle "Pin" Todd, signed

November 22, 2013, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** and **RENDER** a take-nothing judgment in favor of appellants, Oiltanking Houston L.P., Olitanking Holdings Americas, Inc., Oiltanking Partners, L.P., and Oiltanking North America, L.L.C.

We further order that all costs incurred by reason of this appeal be paid by appellees, Alberto Delgado, Individually and as Representative of the Estate of Javier Delgado, Deceased, Victoria Delgado, Individually and as Next Friend of Maria Delgado, a Minor Child, Jimmy Gutierrez, Jesus Delgado, Samuel Delgado, Edgar Delgado, Jose Delgado, Raul Granados, Maria Granados, and Doyle "Pin" Todd.

We further order this decision certified below for observance.